UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:03CR452 CDP |
| JASON BLANKENSHIP, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated on the record today,

**IT IS HEREBY ORDERED** that the supervised release revocation hearing in this matter is continued, to be reset when counsel notify the Court that it is appropriate to do so. The existing period of supervised release is tolled as of the date the summons was issued, April 17, 2007. See 18 U.S.C. § 3583(i).

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of July, 2007.